**Order entered May 17, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00042-CV

## CLB PARTNERS, LTD., CLB HOLDINGS, LLC, CLB HAWTHORNE RESIDENCES, LP, CLB HAWTHORNE RESIDENCES GP, LLC, AND PASEO DE MISSION HILLS, LLC, Appellants

### V.

## WINSTEAD, P.C., MIKE C. MCWILLIAMS, AND JOHN NOLAN, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-00129**

## ORDER

The reporter's record in this case is overdue. By postcard dated January 20, 2016, we notified the official court reporter for the 134th Judicial Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response. This appeal cannot proceed until the issue of the reporter's record is resolved.

Accordingly, we **ORDER** Court Reporter Vielica Dobbins to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellants have not requested the record. *We notify*

*appellants that if we receive verification they have not requested the reporter's record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

/s/    ELIZABETH LANG-MIERS
JUSTICE